# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAIA SCHUCHMACHER; AND
BEVERLY SCHUCHMACHER,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE CARLI LYNN
KIERNY, DISTRICT JUDGE,
Respondents,
and
ALANA BARTON, BOTH
INDIVIDUALLY AND AS SPECIAL
ADMINISTRATOR OF THE ESTATE OF
YVONNE SUGGS; ALANA BARTON; BH
BARTON; AND ALEXANDER MENDIA,
Real Parties in Interest.

No. 83974



FILED

FEB 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying summary judgment and declining to strike an expert witness in a torts action. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). We generally decline to exercise our discretion to grant writ petitions challenging orders resolving motions for

22-05422

summary judgment, and we are not convinced any of the exceptions apply in this case. *See Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (discussing the exceptions to the general rule). Similarly, we are not convinced that any of the exceptions to the general rule against considering writ petitions challenging discovery orders apply. *See Club Vista Fin. Servs., L.L.C. v. Eighth Judicial Dist. Court*, 128 Nev. 224, 228, 276 P.3d 246, 249 (2012) (providing that writ relief may be warranted if a discovery order constitutes a "blanket discovery order" or "requires disclosure of privileged information"). We therefore,

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, Sr.J.
Gibbons

cc:    Hon. Carli Lynn Kierny, District Judge
Resnick & Louis, P.C./Las Vegas
Kring & Chung, LLP/Las Vegas
The Law Offices of Laura Payne, Esq.
Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.